# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M | NINTH CIRCUIT COURT OF APPEALS | 06/22/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURT OF APPEALS<br>125 S. GRAND AVENUE<br>PASADENA, CA 91105 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ███████████████ |
| 2. | Board of Trustees | ███████████████ |
| 3. | Director | ███████████████ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED
2007 JUL -2 A 11:06
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA (695500) | | | | | | | | | |
| 2. Adobe Systems Inc | | None | | | Sell | 6/19 | J | A | |
| 3. Aflac Inc | A | Dividend | J | T | Buy | 9/13 | J | | |
| 4. Aflac Inc | | | | | Buy | 11/21 | J | | |
| 5. Agilent Technologies Inc | | None | J | T | Partial Sale | 3/16 | J | A | |
| 6. Air Products & Chemicals Inc | A | Dividend | K | T | Buy | 10/20 | J | | |
| 7. Alcoa Inc | A | Dividend | J | T | Buy | 3/2 | J | | |
| 8. Allergan Inc | A | Dividend | K | T | | | | | |
| 9. American International Group Inc | A | Dividend | K | T | | | | | |
| 10. American Standard Co | A | Dividend | K | T | | | | | |
| 11. Amylin Pharmaceuticals Inc | | None | | | Partial Sale | 4/28 | J | B | |
| 12. Amylin Pharmaceuticals Inc | | | | | Sell | 5/3 | J | B | |
| 13. Arch Coal Inc | A | Dividend | J | T | Buy | 9/21 | J | | |
| 14. Arch Coal Inc | | | | | Buy | 9/22 | J | | |
| 15. Astrazeneca PLC ADR (NYSE) | A | Dividend | K | T | Partial Sale | 7/28 | J | B | |
| 16. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 17. Autonation Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Avon Products Inc | A | Dividend | J | T | Partial Sale | 1/30 | J | A | |
| 19. Avon Products Inc | | | | | Buy | 11/3 | J | | |
| 20. BAE Systems PLC Spon ADR | A | Dividend | J | T | Buy | 4/4 | J | | |
| 21. BAE Systems PLC Spon ADR | | | | | Buy | 4/4 | J | | |
| 22. Baker Hughes Inc | A | Dividend | J | T | Partial Sale | 7/28 | J | B | |
| 23. Barrick Gold Corp US$ | A | Dividend | J | T | Buy | 1/18 | J | | |
| 24. Barrick Gold Corp US$ | | | | | Buy | 1/23 | J | | |
| 25. Barrick Gold Corp US$ | | | | | Buy | 2/10 | J | | |
| 26. Baxter International Inc | A | Dividend | J | T | | | | | |
| 27. Berkshire Hathaway Inc CL B | | None | J | T | | | | | |
| 28. Campbell Soup Co | A | Dividend | K | T | | | | | |
| 29. Canon Inc ADR | A | Dividend | J | T | | | | | |
| 30. Capital One Financial Corp | A | Dividend | J | T | | | | | |
| 31. Carnival Corp Common Paired Stock | A | Dividend | | | Buy | 3/2 | J | | |
| 32. Carnival Corp Common Paired Stock | | | | | Buy | 7/10 | J | | |
| 33. Carnival Corp Common Paired Stock | | | | | Partial Sell | 9/21 | J | A | |
| 34. Carnival Corp Common Paired Stock | | | | | Sell | 9/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Cerner Corp | | None | J | T | Buy | 8/3 | J | | |
| 36. Cerner Corp | | | | | Buy | 8/4 | J | | |
| 37. Cerner Corp | | | | | Buy | 8/23 | J | | |
| 38. Chevron Corp | A | Dividend | J | T | Buy | 3/2 | J | | |
| 39. Chevron Corp | | | | | Partial Sale | 10/5 | J | A | |
| 40. Chevron Corp | | | | | Partial Sale | 11/7 | J | A | |
| 41. Chubb Corp | A | Dividend | | | Buy | 2/28 | J | | |
| 42. Chubb Corp | | | | | Sell | 11/10 | J | A | |
| 43. Cincinnati Finl Corp | A | Dividend | J | T | | | | | |
| 44. Cisco Systems Inc | | None | K | T | Buy | 1/13 | J | | |
| 45. Cisco Systems Inc | | | | | Buy | 8/16 | J | | |
| 46. Citigroup Inc | A | Dividend | J | T | | | | | |
| 47. Coca-Cola Co | A | Dividend | J | T | Buy | 10/12 | J | | |
| 48. Comcast Corp CL A | | None | K | T | | | | | |
| 49. Corning Inc Com | | None | J | T | Buy | 1/25 | J | | |
| 50. Costco Wholesale Corp | A | Dividend | J | T | Partial Sale | 4/26 | J | A | |
| 51. Costco Wholesale Corp | | | | | Partial Sale | 10/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Danaher Corp | A | Dividend | J | T | | | | | |
| 53. Davita Inc | | None | J | T | | | | | |
| 54. Dell Inc | | None | J | T | Buy | 5/16 | J | | |
| 55. Delta Petroleum Corp | | None | K | T | Buy | 3/2 | J | | |
| 56. Delta Petroleum Corp | | | | | Buy | 5/19 | J | | |
| 57. Delta Petroleum Corp | | | | | Buy | 5/22 | J | | |
| 58. Delta Petroleum Corp | | | | | Buy | 5/24 | J | | |
| 59. Disney Walt Co (The)-Disney Common | A | Dividend | J | T | Buy | 1/6 | J | | |
| 60. Disney Walt Co (The)-Disney Common | | | | | Buy | 1/9 | J | | |
| 61. Disney Walt Co (The)-Disney Common | | | | | Buy | 1/13 | J | | |
| 62. Disney Walt Co (The)-Disney Common | | | | | Buy | 1/13 | J | | |
| 63. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 64. East West Bancorp Inc | A | Dividend | J | T | | | | | |
| 65. Embarq Corp Com | | None | | | Spin Off | 5/18 | J | | From Sprint Nextel Corp |
| 66. Embarq Corp Com | | | | | Sell | 5/31 | J | A | |
| 67. Emerson Electric Co | A | Dividend | K | T | | | | | |
| 68. EOG Resources Inc | A | Dividend | J | T | Buy | 9/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Exelixis Inc | | None | J | T | Buy | 5/23 | J | | |
| 70. Exelixis Inc | | | | | Buy | 5/24 | J | | |
| 71. Exelon Corporation | A | Dividend | J | T | | | | | |
| 72. Exxon Mobil Corp | A | Dividend | K | T | Partial Sale | 8/17 | J | B | |
| 73. Exxon Mobil Corp | | | | | Partial Sale | 11/7 | J | B | |
| 74. Fedex Corp | A | Dividend | J | T | | | | | |
| 75. Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 76. Fluor Corp | A | Dividend | K | T | | | | | |
| 77. Forest Labs Inc | | None | K | T | | | | | |
| 78. Gallagher Arthur J | A | Dividend | J | T | | | | | |
| 79. General Dynamics Corp | A | Dividend | J | T | | | | | |
| 80. General Electric Co | B | Dividend | K | T | Buy | 2/3 | J | | |
| 81. General Electric Co | | | | | Buy | 3/2 | J | | |
| 82. General Growth Properties Inc | A | Dividend | K | T | | | | | |
| 83. Golden West Financial Corp | A | Dividend | | | Merger | 10/2 | J | A | Into Wachovia Corp |
| 84. Hanesbrands Inc | | None | J | T | Spin Off | 9/5 | K | | From Sara Lee Corp |
| 85. Hanesbrands Inc | | | | | Buy | 9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Heineken NV ADR | A | Dividend | J | T | Partial Sale | 1/13 | J | A | |
| 87.  Hewlett-Packard Co | A | Dividend | J | T | | | | | |
| 88.  HSBC Holdings PLC ADR Spon New | A | Dividend | K | T | | | | | |
| 89.  Idearc Inc | | None | J | T | Spin Off | 11/17 | J | | From Verizon Communications |
| 90.  Illinois Tool Works Inc | A | Dividend | K | T | Buy | 10/12 | J | | |
| 91.  Imclone Sys Inc | | None | J | T | | | | | |
| 92.  Intel Corp | A | Dividend | J | T | Buy | 3/6 | J | | |
| 93.  Intel Corp | | | | | Buy | 3/21 | J | | |
| 94.  Intel Corp | | | | | Buy | 4/28 | J | | |
| 95.  Intel Corp | | | | | Buy | 5/9 | J | | |
| 96.  International Business Machines Corp | A | Dividend | J | T | Partial Sale | 10/5 | J | A | |
| 97.  Jarden Corp | | None | J | T | Buy | 6/27 | J | | |
| 98.  Jarden Corp | | | | | Buy | 7/5 | K | | |
| 99.  Johnson Controls Inc | | None | J | T | Buy | 10/17 | J | | |
| 100.  JPMorgan Chase & Co | A | Dividend | K | T | Partial Sale | 5/16 | J | A | |
| 101.  JPMorgan Chase & Co | | | | | Partial Sale | 9/13 | J | B | |
| 102.  Kinder Morgan Management LLC | | None | J | T | Partial Sale | 2/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Kinder Morgan Management LLC | | | | | Partial Sale | 5/15 | J | A | |
| 104. Kinder Morgan Management LLC | | | | | Partial Sale | 8/14 | J | A | |
| 105. Kinder Morgan Management LLC | | | | | Partial Sale | 10/18 | J | A | |
| 106. Kinder Morgan Management LLC | | | | | Partial Sale | 11/14 | J | A | |
| 107. Kraft Foods Inc CL A | A | Dividend | J | T | Buy | 3/2 | J | | |
| 108. Leggett & Platt Inc | A | Dividend | J | T | Partial Sale | 5/25 | J | A | |
| 109. Leggett & Platt Inc | | | | | Partial Sale | 7/10 | J | A | |
| 110. Lexmark International Inc CL A | | None | | | Sell | 2/10 | J | A | |
| 111. Lincare Holdings Inc | | None | J | T | Buy | 9/11 | J | | |
| 112. Lowes Companies Inc | A | Dividend | K | T | Buy | 5/25 | J | | |
| 113. Lowes Companies Inc | | | | | Buy | 7/10 | J | | |
| 114. Marsh & McLennan Cos Inc | A | Dividend | K | T | Buy | 3/3 | J | | |
| 115. Marsh & McLennan Cos Inc | | | | | Buy | 3/7 | J | | |
| 116. Marsh & McLennan Cos Inc | | | | | Buy | 7/27 | J | | |
| 117. Marsh & McLennan Cos Inc | | | | | Buy | 10/24 | J | | |
| 118. Marsh & McLennan Cos Inc | | | | | Buy | 10/25 | J | | |
| 119. McDonalds Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Medco Health Solutions Inc | | None | J | T | Partial Sale | 11/10 | J | A | |
| 121. Medtronic Inc | A | Dividend | J | T | Buy | 3/14 | J | | |
| 122. Medtronic Inc | | | | | Buy | 3/31 | J | | |
| 123. Microsoft Corp | A | Dividend | K | T | Buy | 2/3 | J | | |
| 124. Microsoft Corp | | | | | Buy | 3/2 | J | | |
| 125. Microsoft Corp | | | | | Partial Sale | 5/2 | J | A | |
| 126. Millennium Pharmaceuticals Inc | | None | J | T | Buy | 4/28 | J | | |
| 127. Motorola Inc | A | Dividend | J | T | Buy | 9/13 | J | | |
| 128. National Instruments Corp | A | Dividend | J | T | | | | | |
| 129. Nestle Nam Spon ADR | A | Dividend | J | T | | | | | |
| 130. Nokia Corp Sponsored ADR | A | Dividend | J | T | Buy | 3/7 | J | | |
| 131. Nokia Corp Sponsored ADR | | | | | Buy | 3/8 | J | | |
| 132. Novartis AG Namen Spon ADR | A | Dividend | J | T | | | | | |
| 133. O&M Inv Partners/M Jackson | | None | K | T | | | | | |
| 134. Omnicom Group Inc | A | Dividend | K | T | | | | | |
| 135. Pepsico Inc | A | Dividend | K | T | | | | | |
| 136. Plains Exploration & Production Co | | None | | | Buy | 5/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Plains Exploration & Production Co | | | | | Buy | 5/2 | J | | |
| 138. Plains Exploration & Production Co | | | | | Partial Sale | 10/11 | J | A | |
| 139. Plains Exploration & Production Co | | | | | Sell | 10/16 | J | A | |
| 140. Potash Corp of Saskatchewan Inc US$ | A | Dividend | K | T | Buy | 10/17 | J | | |
| 141. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 142. Rentech Inc | | None | J | T | Buy | 9/25 | J | | |
| 143. Rentech Inc | | | | | Buy | 9/26 | J | | |
| 144. Rentech Inc | | | | | Buy | 9/27 | J | | |
| 145. Rentech Inc | | | | | Buy | 9/27 | J | | |
| 146. Rentech Inc | | | | | Buy | 9/28 | J | | |
| 147. Rentech Inc | | | | | Buy | 9/29 | J | | |
| 148. Rio Tinto PLC ADR Spon | A | Dividend | K | T | Partial Sale | 1/3 | J | B | |
| 149. Royal Dutch Shell CL A ADR | A | Dividend | K | T | Buy | 3/2 | J | | |
| 150. SAP AG Spon ADR | A | Dividend | K | T | | | | | |
| 151. Sara Lee Corp | A | Dividend | K | T | Buy | 6/2 | J | | |
| 152. Sara Lee Corp | | | | | Buy | 6/5 | J | | |
| 153. Sara Lee Corp | | | | | Buy | 6/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Sara Lee Corp | | | | | Buy | 6/19 | J | | |
| 155. Sara Lee Corp | | | | | Buy | 6/23 | J | | |
| 156. Sara Lee Corp | | | | | Buy | 7/25 | J | | |
| 157. Sara Lee Corp | | | | | Buy | 7/31 | J | | |
| 158. Schlumberger Ltd | A | Dividend | K | T | Partial Sale | 4/25 | J | C | |
| 159. Semtech Corp | | None | J | T | | | | | |
| 160. Sepracor Inc | | None | J | T | Buy | 4/5 | J | | |
| 161. Sepracor Inc | | | | | Partial Sale | 7/25 | J | A | |
| 162. Sepracor Inc | | | | | Partial Sale | 7/26 | J | A | |
| 163. Siemens AG ADR | A | Dividend | J | T | | | | | |
| 164. SLM Corp | A | Dividend | K | T | Buy | 12/6 | J | | |
| 165. Southwest Airlines Co | A | Dividend | J | T | | | | | |
| 166. Sprint Nextel Corp Series 1 | A | Dividend | J | T | Buy | 3/1 | J | | |
| 167. Sprint Nextel Corp Series 1 | | | | | Buy | 4/5 | J | | |
| 168. SSGA Money Market Fund | C | Dividend | K | T | | | | | |
| 169. State Street Corp | A | Dividend | | | Partial Sale | 5/4 | J | B | |
| 170. State Street Corp | | | | | Sell | 5/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Suncor Energy Inc US$ | A | Dividend | J | T | | | | | |
| 172. Target Corp | A | Dividend | K | T | Buy | 4/12 | J | | |
| 173. Target Corp | | | | | Buy | 10/5 | J | | |
| 174. Time Warner Inc | A | Dividend | K | T | | | | | |
| 175. Umpqua Holdings Corp | A | Dividend | J | T | | | | | |
| 176. Unilever NV NY Shrs | A | Dividend | J | T | | | | | |
| 177. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 178. United Parcel Service Inc CL B | A | Dividend | J | T | Buy | 3/3 | J | | |
| 179. United Technologies Corp | A | Dividend | K | T | Partial Sale | 10/12 | J | B | |
| 180. Unitedhealth Group Inc | | None | J | T | Buy | 4/25 | J | | |
| 181. Verigy Ltd | | None | J | T | Spin Off | 10/31 | J | | From Agilent Technologies |
| 182. Verigy Ltd | | | | | Partial Sale | 11/1 | J | A | |
| 183. Verizon Communications | A | Dividend | J | T | | | | | |
| 184. Vodafone Group PLC ADR | A | Dividend | | | Sell | 2/23 | J | A | |
| 185. Wachovia Corporation | A | Dividend | K | T | Buy | 4/26 | J | | |
| 186. Wachovia Corporation | | | | | Buy | 7/10 | J | | |
| 187. Wachovia Corporation | | | | | Partial Sale | 10/2 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Washington Mutual Inc | A | Dividend | K | T | Buy | 3/31 | J | | |
| 189. Weatherford Intl Ltd | | None | J | T | Partial Sale | 4/25 | J | B | |
| 190. Wellpoint Inc | | None | K | T | Partial Sale | 10/12 | J | B | |
| 191. Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 192. Whole Foods Market | A | Dividend | J | T | Partial Sale | 10/12 | J | B | |
| 193. Williams-Sonoma Inc | A | Dividend | J | T | | | | | |
| 194. XL Capital Ltd CL A | A | Dividend | J | T | | | | | |
| 195. Zymogenetics Inc | | None | J | T | Buy | 3/16 | J | | |
| 196. Zymogenetics Inc | | | | | Buy | 10/12 | J | | |
| 197. Trust #1 | | | | | | | | | |
| 198. Columbia Gov Reserves Fund (fm'ly Nations Gov Resv Tst Fund) | A | Dividend | | | Sell | 6/16 | M | A | |
| 199. Columbia Florida Muni Fund (frm'ly Nations Florida Muni Fnd) | B | Dividend | | | Sell | 4/18 | L | B | |
| 200. Columbia Marsico Grwth Fund (fm'ly Nations Marsico Grwth Fd) | | None | | | Sell | 4/18 | L | C | |
| 201. Money Market Act | A | Interest | K | T | Opened Acct. | 4/27 | K | | |
| 202. ███████ (IRA) | | | | | | | | | |
| 203. Abbot Labs Com Stock | A | Dividend | K | T | | | | | |
| 204. Air Prod & Chemicals Com Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ambac Financial Com Stock | A | Dividend | K | T | Partial Sale | 2/21 | J | A | |
| 206. Ambac Financial Com Stock | | | | | Partial Sale | 10/17 | J | A | |
| 207. American Int'l Group Com Stock | A | Dividend | K | T | Partial Sale | 2/21 | J | | |
| 208. Amgen Inc. Com Stock | | None | K | T | | | | | |
| 209. Anadarko Petroleum Com Stock | A | Dividend | K | T | | | | | |
| 210. Applied Materials Com Stock | A | Dividend | K | T | | | | | |
| 211. Avery Dennison Com Stock | A | Dividend | K | T | | | | | |
| 212. BHP Billiton Com Stock | A | Dividend | K | T | Partial Sale | 5/15 | J | B | |
| 213. Biogen IDEC Com Stock | | None | K | T | | | | | |
| 214. BP PLC ADR Com Stock | A | Dividend | K | T | | | | | |
| 215. Broadcom Corp Com Stock | | None | K | T | Buy | 5/15 | K | | |
| 216. Burlington Santa Fe Com Stock | A | Dividend | K | T | Partial Sale | 1/13 | J | C | |
| 217. Burlington Santa Fe Com Stock | | | | | Partial Sale | 5/15 | J | B | |
| 218. Capital One Financial Com Stock | A | Dividend | K | T | Buy | 2/14 | K | | |
| 219. Caterpillar Com Stock | A | Dividend | K | T | Partial Sale | 1/13 | J | C | |
| 220. Caterpillar Com Stock | | | | | Partial Sale | 5/15 | J | D | |
| 221. Chevron Corp Com Stock | A | Dividend | K | T | Buy | 10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Cisco Systems Com Stock | | None | K | T | | | | | |
| 223. Citigroup Com Stock | B | Dividend | K | T | | | | | |
| 224. Colgate-Palmolive Com Stock | A | Dividend | K | T | Partial Sale | 10/17 | J | A | |
| 225. Corning Inc Com Stock | | None | K | T | | | | | |
| 226. Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 227. Dell Inc Com Stock | | None | | | Sell | 5/15 | K | | |
| 228. Dentsply Int'l Com Stock | A | Dividend | K | T | | | | | |
| 229. Disney Co. Com Stock | | None | K | T | Buy | 2/21 | K | | |
| 230. Du Pont Com Stock | A | Dividend | | | Sell | 2/16 | K | | |
| 231. Ebay Com Stock | | None | K | T | Buy | 2/21 | K | | |
| 232. Ebay Com Stock | | | | | Buy | 8/16 | J | | |
| 233. FPL Group Com Stock | A | Dividend | K | T | | | | | |
| 234. Fortune Brands Com Stock | A | Dividend | K | T | Buy | 1/13 | J | | |
| 235. Gannett Co Com Stock | A | Dividend | K | T | | | | | |
| 236. General Electric Com Stock | A | Dividend | K | T | | | | | |
| 237. Global Industries Com Stock | | None | K | T | Buy | 1/13 | J | | |
| 238. Goldman Sachs Group Com Stock | A | Dividend | K | T | Partial Sale | 2/21 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Goldman Sachs Group Com Stock | | | | | Partial Sale | 10/17 | J | C | |
| 240. Home Depot Inc Com Stock | A | Dividend | | | Sell | 8/16 | J | | |
| 241. IBM Com Stock | A | Dividend | K | T | | | | | |
| 242. IDEARC Com Stock | | None | J | T | Spin Off | 11/20 | J | | From Verizon |
| 243. Intel Corp Com Stock | A | Dividend | K | T | Buy | 8/16 | J | | |
| 244. Johnson & Johnson Com Stock | A | Dividend | K | T | | | | | |
| 245. JP Morgan Chase Com Stock | A | Dividend | K | T | Partial Sale | 2/21 | J | A | |
| 246. JP Morgan Chase Com Stock | | | | | Partial Sale | 10/17 | J | B | |
| 247. KB Homes Com Stock | A | Dividend | | | Partial Sale | 1/13 | J | B | |
| 248. KB Homes Com Stock | | | | | Sell | 8/16 | J | B | |
| 249. Lehman Bros Com Stock | A | Dividend | K | T | Partial Sale | 2/21 | J | C | |
| 250. Lockheed Martin Com Stock | A | Dividend | K | T | Partial Sale | 10/17 | J | C | |
| 251. Masco Com Stock | A | Dividend | | | Sell | 2/14 | J | | |
| 252. McGraw-Hill Com Stock | A | Dividend | K | T | Partial Sale | 10/17 | J | C | |
| 253. Medtronic Inc. Com Stock | A | Dividend | K | T | Buy | 8/16 | J | | |
| 254. Microchip Tech. Com Stock | A | Dividend | K | T | Partial Sale | 1/13 | J | C | |
| 255. Microsoft Corp. Com Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Nortell Network Com Stock | | None | | | Sell | 2/21 | J | | |
| 257. Pfizer Inc Com Stock | A | Dividend | | | Sell | 5/15 | K | | |
| 258. Peets Coffee Inc Com Stock | | None | K | T | Buy | 1/13 | K | | |
| 259. Peets Coffe Inc Com Stock | | | | | Buy | 8/16 | J | | |
| 260. Pitney Bowes Com Stock | A | Dividend | | | Sell | 2/21 | K | | |
| 261. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 262. Qualcomm Inc. Com Stock | A | Dividend | K | T | Buy | 2/21 | K | | |
| 263. Qualcomm Inc. Com Stock | | | | | Buy | 8/16 | J | | |
| 264. Royal Dutch ADR Com Stock | A | Dividend | K | T | | | | | |
| 265. Sara Lee Com Stock | A | Dividend | | | Sell | 2/21 | K | | |
| 266. SEI Investments | A | Dividend | K | T | Buy | 2/21 | K | | |
| 267. Sempra Energy Com Stock | A | Dividend | K | T | Partial Sale | 10/17 | J | B | |
| 268. Smith Intl Com Stock | A | Dividend | K | T | | | | | |
| 269. Stericycle Inc Com Stock | | None | K | T | | | | | |
| 270. Sysco Corp Com Stock | A | Dividend | K | T | | | | | |
| 271. Target Corp Com Stock | A | Dividend | K | T | | | | | |
| 272. Teva Pharm ADR Com Stock | A | Dividend | K | T | Buy | 8/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Teva Pharm ADR Com Stock | | | | | Buy | 8/16 | J | | |
| 274. US Bancorp Com Stock | B | Dividend | K | T | Partial Sale | 10/17 | J | A | |
| 275. United Natural Foods Inc. | | None | K | T | Buy | 5/15 | K | | |
| 276. United Natural Foods Inc. | | | | | Buy | 8/16 | J | | |
| 277. UnumProvident Corp. Com Stock | A | Dividend | K | T | Buy | 2/14 | K | | |
| 278. Verisign Inc. Com Stock | | None | | | Sell | 2/21 | J | B | |
| 279. Verizon Com Stock | A | Dividend | K | T | | | | | |
| 280. Vodafone ADR | C | Dividend | K | T | | | | | |
| 281. Vulcan Materials Com Stock | A | Dividend | K | T | Buy | 10/17 | J | | |
| 282. Whole Foods Com Stock | A | Dividend | | | Partial Sale | 1/13 | J | B | |
| 283. Whole Foods Com Stock | | | | | Sell | 5/15 | K | D | |
| 284. Zimmer Holdings Com Stock | | None | K | T | Buy | 2/14 | J | | |
| 285. DFA Emerging Markets Fund | A | Dividend | K | T | Buy | 5/15 | K | | |
| 286. DFA Large Cap Int'l Fund | C | Dividend | M | T | | | | | |
| 287. DFA US Micro Cap Fund | B | Dividend | L | T | | | | | |
| 288. Powershares Clean Energy Fund | A | Dividend | K | T | Buy | 5/15 | K | | |
| 289. Capital Trust Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Adobe Systems Inc | | None | | | Partial Sale | 6/16 | K | A | |
| 291. Adobe Systems Inc | | | | | Partial Sale | 6/16 | K | C | |
| 292. Adobe Systems Inc | | | | | Sell | 6/19 | K | B | |
| 293. Aflac Inc | A | Dividend | L | T | Buy | 9/13 | K | | |
| 294. Aflac Inc | | | | | Buy | 11/21 | K | | |
| 295. Aflac Inc | | | | | Buy | 11/22 | J | | |
| 296. Agilent Technologies Inc | | None | L | T | Partial Sale | 6/2 | K | C | |
| 297. Air Prods & Chems Inc. | C | Dividend | M | T | | | | | |
| 298. Alcoa Inc | B | Dividend | L | T | | | | | |
| 299. Allergan Inc | A | Dividend | M | T | Partial Sale | 1/23 | J | C | |
| 300. Allergan Inc | | | | | Buy | 6/2 | K | | |
| 301. American Electric Power Co Inc | | None | | | Sell | 1/6 | K | C | |
| 302. American International Group Inc | A | Dividend | M | T | | | | | |
| 303. American Standard Co | C | Dividend | M | T | | | | | |
| 304. Amylin Pharmaceuticals Inc | | None | | | Partial Sale | 4/27 | J | B | |
| 305. Amylin Pharmaceuticals Inc | | | | | Partial Sale | 4/28 | K | D | |
| 306. Amylin Pharmaceuticals Inc | | | | | Partial Sale | 5/3 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. Amylin Pharmaceuticals Inc | | | | | Partial Sale | 5/4 | J | B | |
| 308. Amylin Pharmaceuticals Inc | | | | | Sell | 5/4 | J | B | |
| 309. Arch Coal Inc | A | Dividend | K | T | Buy | 9/21 | K | | |
| 310. Arch Coal Inc | | | | | Buy | 9/22 | K | | |
| 311. Astrazenaca PLC ADR (NYSE) | D | Dividend | M | T | Buy | 3/31 | K | | |
| 312. AT&T Inc (formerly SBC Communications) | C | Dividend | L | T | Buy | 12/5 | J | | |
| 313. Autonation Inc | | None | K | T | Buy | 3/15 | J | | |
| 314. Avon Products Inc | A | Dividend | K | T | Buy | 1/9 | J | | |
| 315. Avon Products Inc | | | | | Partial Sale | 1/27 | J | A | |
| 316. Avon Products Inc | | | | | Partial Sale | 1/30 | L | A | |
| 317. Avon Products Inc | | | | | Buy | 11/1 | K | | |
| 318. BAE Systems PLC Spon ADR | B | Dividend | L | T | Buy | 4/4 | L | | |
| 319. Baker Hughes Inc | A | Dividend | L | T | Partial Sale | 4/25 | K | E | |
| 320. Baker Hughes Inc | | | | | Partial Sale | 7/28 | K | D | |
| 321. Barrick Gold Corp US$ | A | Dividend | L | T | Buy | 1/18 | J | | |
| 322. Barrick Gold Corp US$ | | | | | Buy | 1/19 | J | | |
| 323. Barrick Gold Corp US$ | | | | | Buy | 1/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. Barrick Gold Corp US$ | | | | | Buy | 1/23 | J | | |
| 325. Barrick Gold Corp US$ | | | | | Buy | 2/10 | K | | |
| 326. Baxter International Inc | | None | K | T | Buy | 1/9 | K | | |
| 327. Berkshire Hathaway Inc CL A | | None | M | T | Transfer In | 8/9 | L | | See Line # 874 |
| 328. Berkshire Hathaway Inc CL B | | None | L | T | | | | | |
| 329. CA PUB WKS LEASE REV BONDS A AMBAC 5.125% 12-01-21 | D | Interest | M | T | | | | | |
| 330. CA ST DEPT WTR RES Q 5.0% 03-01-17 | B | Interest | L | T | | | | | |
| 331. CA ST ECON RECOV 04 B (P) 3.5% 07-01-23/07-01-08 | D | Interest | | | Sell | 7/12 | M | A | |
| 332. CA ST ECON RECOV A FGIC 5.25% 07-01-13 | D | Interest | M | T | | | | | |
| 333. CA ST GO 6.25% 09-01-12 | C | Interest | L | T | | | | | |
| 334. CA ST UNIV SYSTEMWIDE REV SER A AMBAC 5.0% 11-01-17 | E | Interest | N | T | | | | | |
| 335. CA STWD COP ODD FELLOW HSG 5.375% 10-01-13 | B | Interest | | | Partial Sale | 9/11 | K | A | |
| 336. CA STWD COP ODD FELLOW HSG 5.375% 10-01-13 | | | | | Sell | 10/1 | J | A | |
| 337. CA STWD JOHN MUIR HLTH W/l 5% 08/15/2021 | C | Interest | N | T | Buy | 5/23 | N | | |
| 338. CALIFORNIA ST 5% 09/01/2031 | | None | N | T | Buy | 9/7 | N | | |
| 339. CALIFORNIA ST REF 5% 03/01/2020 | D | Interest | N | T | Buy | 8/24 | N | | |
| 340. Campbell Soup Co | C | Dividend | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Cannon Inc ADR | A | Dividend | L | T | | | | | |
| 342. Capital One Financial Corp | A | Dividend | L | T | Buy | 3/31 | K | | |
| 343. Carnival Corp Common | B | Dividend | | | Buy | 1/9 | J | | |
| 344. Carnival Corp Common | | | | | Partial Sale | 5/25 | K | A | |
| 345. Carnival Corp Common | | | | | Buy | 6/27 | K | | |
| 346. Carnival Corp Common | | | | | Buy | 6/28 | K | | |
| 347. Carnival Corp Common | | | | | Buy | 7/10 | K | | |
| 348. Carnival Corp Common | | | | | Partial Sale | 9/21 | K | C | |
| 349. Carnival Corp Common | | | | | Sell | 9/22 | L | D | |
| 350. Cerner Corp | | None | L | T | Buy | 8/1 | J | | |
| 351. Cerner Corp | | | | | Buy | 8/2 | J | | |
| 352. Cerner Corp | | | | | Buy | 8/2 | J | | |
| 353. Cerner Corp | | | | | Buy | 8/3 | J | | |
| 354. Cerner Corp | | | | | Buy | 8/3 | J | | |
| 355. Cerner Corp | | | | | Buy | 8/3 | J | | |
| 356. Cerner Corp | | | | | Buy | 8/4 | J | | |
| 357. Cerner Corp | | | | | Buy | 8/7 | J | | |

| 1. Income Gain Codes: (See Columns BI and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Cerner Corp | | | | | Buy | 8/7 | J | | |
| 359. Cerner Corp | | | | | Buy | 8/8 | J | | |
| 360. Cerner Corp | | | | | Buy | 8/9 | J | | |
| 361. Cerner Corp | | | | | Buy | 8/10 | J | | |
| 362. Cerner Corp | | | | | Buy | 8/11 | J | | |
| 363. Cerner Corp | | | | | Buy | 8/14 | J | | |
| 364. Cerner Corp | | | | | Buy | 8/16 | J | | |
| 365. Checkfree Corp | | None | | | Partial Sale | 1/10 | K | D | |
| 366. Checkfree Corp | | | | | Sell | 1/11 | J | B | |
| 367. Chevron Corp | C | Dividend | L | T | Buy | 1/9 | K | | |
| 368. Chevron Corp | | | | | Partial Sale | 10/24 | J | A | |
| 369. Chevron Corp | | | | | Partial Sale | 11/7 | L | D | |
| 370. Chubb Corp | A | Dividend | K | T | Buy | 2/28 | K | | |
| 371. Cincinnati Finl Corp | B | Dividend | L | T | | | | | |
| 372. Cisco Systems Inc | | None | M | T | Buy | 1/9 | K | | |
| 373. Cisco Systems Inc | | | | | Buy | 8/16 | L | | |
| 374. Citigroup Inc | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. COAST CMNTY COLLEGE DIST CALIF SER B 5% 08/01/2021 | B | Interest | N | T | Buy | 6/29 | N | | |
| 376. Coca-Cola Co | B | Dividend | K | T | | | | | |
| 377. Comcast Corp CL A | | None | M | T | | | | | |
| 378. Compass Bancshares Inc | | None | J | T | Buy | 11/28 | J | | |
| 379. Corning Inc Com | | None | K | T | Buy | 1/25 | L | | |
| 380. Corning Inc Com | | | | | Buy | 11/6 | K | | |
| 381. Corning Inc Com | | | | | Buy | 11/7 | J | | |
| 382. Corning Inc Com | | | | | Partial Sale | 12/12 | K | A | |
| 383. COSTA MESA CA PFA A 5.0% 10-01-12 | C | Interest | M | T | | | | | |
| 384. Costco Wholesale Corp | B | Dividend | M | T | | | | | |
| 385. CUCAMONGA CO CA COP WTR FGIC 5.0% 09-01-19 | C | Interest | M | T | | | | | |
| 386. Danaher Corp | A | Dividend | L | T | Buy | 1/9 | J | | |
| 387. Davita Inc | | None | M | T | | | | | |
| 388. Dell Inc | | None | K | T | Buy | 5/16 | K | | |
| 389. Dell Inc | | | | | Buy | 8/1 | J | | |
| 390. Delta Petroleum Corp | | None | M | T | Buy | 2/15 | J | | |
| 391. Delta Petroleum Corp | | | | | Buy | 5/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Delta Petroleum Corp | | | | | Buy | 5/22 | J | | |
| 393. Delta Petroleum Corp | | | | | Buy | 5/23 | J | | |
| 394. Delta Petroleum Corp | | | | | Buy | 5/24 | J | | |
| 395. Delta Petroleum Corp | | | | | Buy | 5/25 | J | | |
| 396. Delta Petroleum Corp | | | | | Buy | 6/1 | J | | |
| 397. Delta Petroleum Corp | | | | | Buy | 6/2 | J | | |
| 398. Delta Petroleum Corp | | | | | Buy | 10/5 | J | | |
| 399. Delta Petroleum Corp | | | | | Buy | 10/6 | J | | |
| 400. Disney Walt Co (The)-Disney Common | | None | L | T | Buy | 1/6 | K | | |
| 401. Disney Walt Co (The)-Disney Common | | | | | Buy | 1/9 | K | | |
| 402. Disney Walt Co (The)-Disney Common | | | | | Buy | 1/13 | K | | |
| 403. Disney Walt Co (The)-Disney Common | | | | | Buy | 1/13 | J | | |
| 404. Disney Walt Co (The)-Disney Common | | | | | Buy | 1/17 | J | | |
| 405. Duke Energy Corp | C | Dividend | M | T | | | | | |
| 406. East West Bancorp Inc | A | Dividend | L | T | | | | | |
| 407. EL CENTRO CA AUTH WTR AMBAC A 4.8% 10-01-09 | B | Interest | L | T | | | | | |
| 408. EL SEGUNDO CA USD FGIC PREREF | D | Interest | | | Sell | 9/11 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 5.375% 09-01-21/12 | | | | | | | | | |
| 409. Embarq Corp Com | | None | | | Spin Off | 5/18 | J | | From Sprint Nextel |
| 410. Embarq Corp Com | | | | | Sell | 5/31 | J | A | |
| 411. Emerson Electric Co | C | Dividend | M | T | Partial Sale | 7/6 | J | B | |
| 412. ENERGY NORTHWEST WA ELEC REV SER A 5.25% 07/01/2008 | A | Interest | K | T | Partial Sale | 5/24 | M | A | |
| 413. ENERGY NW WA ELEC COLUMBIA 04 A 5.25% 07-01-08 | D | Interest | K | T | Exchange | 4/25 | M | | From Energy Northwest WA |
| 414. Equitable Resources Inc | | None | | | Sell | 1/9 | K | E | |
| 415. EuroPacific Growth Fund CL R5 | E | Dividend | P1 | T | | | | | |
| 416. Exelixis Inc | | None | K | T | Buy | 5/22 | J | | |
| 417. Exelixis Inc | | | | | Buy | 5/23 | J | | |
| 418. Exelixis Inc | | | | | Buy | 5/24 | J | | |
| 419. Exelixis Inc | | | | | Buy | 5/25 | J | | |
| 420. Exelon Corporation | B | Dividend | L | T | | | | | |
| 421. Exxon Mobil Corp | C | Dividend | M | T | Partial Sale | 10/17 | K | D | |
| 422. Exxon Mobil Corp | | | | | Partial Sale | 11/7 | K | D | |
| 423. Fedex Corp | A | Dividend | L | T | | | | | |
| 424. Fluor Corp | B | Dividend | M | T | Buy | 4/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 425. FOOTHILL-DE ANZA CC 1997 FING PROJ FSA 4.9% 06-01-11 | B | Interest | L | T | | | | | |
| 426. Forest Labs Inc | | None | M | T | Buy | 1/9 | K | | |
| 427. FREMONT CA UHSD FGIC 5.0% 09-01-16 | D | Interest | N | T | | | | | |
| 428. Gallagher Arthur J | A | Dividend | K | T | | | | | |
| 429. General Dynamics Corp | A | Dividend | K | T | | | | | |
| 430. General Electric Co | D | Dividend | N | T | Buy | 1/9 | K | | |
| 431. General Electric Co | | | | | Buy | 2/3 | J | | |
| 432. General Electric Co | | | | | Buy | 4/21 | J | | |
| 433. General Electric Co | | | | | Buy | 4/21 | K | | |
| 434. General Growth Properties Inc | C | Dividend | M | T | | | | | |
| 435. GOLDEN ST TOBACCO ST APPROP AMBAC 5.0% 06-01-14 | D | Interest | N | T | | | | | |
| 436. Golden West Financial Corp | A | Dividend | | | Merger | 10/2 | K | C | Into Wachovia Corp |
| 437. Hanesbrands Inc | | None | K | T | Spinoff | 9/5 | K | | From Sara Lee Corp |
| 438. Hanesbrands Inc | | | | | Buy | 9/8 | J | | |
| 439. Hanesbrands Inc | | | | | Buy | 9/8 | J | | |
| 440. Hanesbrands Inc | | | | | Buy | 9/11 | J | | |
| 441. Hanesbrands Inc | | | | | Buy | 9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. Hanesbrands Inc | | | | | Buy | 9/13 | J | | |
| 443. Hanesbrands Inc | | | | | Buy | 9/15 | J | | |
| 444. Hartford Financial Services Group Inc | A | Dividend | | | Partial Sale | 2/28 | K | D | |
| 445. Hartford Financial Services Group Inc | | | | | Sell | 3/1 | J | B | |
| 446. Heineken NV ADR | B | Dividend | M | T | | | | | |
| 447. Hewlett-Packard Co | B | Dividend | M | T | | | | | |
| 448. HSBC Holdings PLC ADR Spon New | C | Dividend | M | T | Partial Sale | 4/4 | K | A | |
| 449. Idearc Inc | | None | J | T | Spin Off | 11/17 | J | | From Verizon Communications |
| 450. Illinois Tool Works Inc | B | Dividend | M | T | | | | | |
| 451. Illinois Tool Works Inc | | | | | Buy | 7/6 | J | | |
| 452. Imclone Sys Inc | | None | K | T | | | | | |
| 453. Intel Corp | B | Dividend | L | T | Buy | 3/21 | K | | |
| 454. Intel Corp | | | | | Buy | 4/27 | K | | |
| 455. Intel Corp | | | | | Buy | 4/28 | J | | |
| 456. Intel Corp | | | | | Buy | 5/9 | K | | |
| 457. International Business Machines Corp | B | Dividend | M | T | | | | | |
| 458. Jarden Corp | | None | L | T | Buy | 6/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. Jarden Corp | | | | | Buy | 6/27 | J | | |
| 460. Jarden Corp | | | | | Buy | 6/28 | J | | |
| 461. Jarden Corp | | | | | Buy | 6/29 | J | | |
| 462. Jarden Corp | | | | | Buy | 6/30 | J | | |
| 463. Jarden Corp | | | | | Buy | 7/5 | J | | |
| 464. Jarden Corp | | | | | Buy | 7/10 | J | | |
| 465. Jarden Corp | | | | | Buy | 7/11 | J | | |
| 466. Johnson Controls Inc | | None | K | T | Buy | 10/16 | K | | |
| 467. Johnson Controls Inc | | | | | Buy | 10/17 | J | | |
| 468. JPMorgan Chase & Co | D | Dividend | M | T | Partial Sale | 8/22 | K | C | |
| 469. Kinder Morgan Management LLC | C | Dividend | K | T | Partial Sale | 2/14 | J | A | |
| 470. Kinder Morgan Management LLC | | | | | Partial Sale | 4/13 | J | A | |
| 471. Kinder Morgan Management LLC | | | | | Partial Sale | 4/17 | J | A | |
| 472. Kinder Morgan Management LLC | | | | | Partial Sale | 4/18 | J | B | |
| 473. Kinder Morgan Management LLC | | | | | Partial Sale | 4/19 | J | A | |
| 474. Kinder Morgan Management LLC | | | | | Partial Sale | 4/20 | J | A | |
| 475. Kinder Morgan Management LLC | | | | | Partial Sale | 4/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 476. Kinder Morgan Management LLC | | | | | Partial Sale | 4/24 | J | A | |
| 477. Kinder Morgan Management LLC | | | | | Partial Sale | 5/15 | J | A | |
| 478. Kinder Morgan Management LLC | | | | | Partial Sale | 8/14 | J | A | |
| 479. Kinder Morgan Management LLC | | | | | Partial Sale | 11/14 | J | A | |
| 480. Kraft Foods Inc CL A | B | Dividend | L | T | Buy | 1/17 | J | | |
| 481. LA CA DWAP FSA 5.25% 07-01-20 | C | Interest | L | T | | | | | |
| 482. LA CA USD GO FGIC 5.0% 07-01-16 | D | Interest | N | T | | | | | |
| 483. LA CANADA FLINTRIDGE CA CTFS MBIA SF 5.25% 12-01-21 | D | Interest | M | T | | | | | |
| 484. LA CO CA MTA AMBAC C 5.0% 07-01-20 | D | Interest | M | T | | | | | |
| 485. LA CO CA MTA FSA SF 5.0% 07-01-19 | C | Interest | M | T | | | | | |
| 486. Leggett & Platt Inc | B | Dividend | L | T | Buy | 3/1 | J | | |
| 487. Leggett & Platt Inc | | | | | Buy | 3/2 | K | | |
| 488. Leggett & Platt Inc | | | | | Partial Sale | 5/23 | J | A | |
| 489. Leggett & Platt Inc | | | | | Partial Sale | 5/24 | J | A | |
| 490. Leggett & Platt Inc | | | | | Partial Sale | 5/25 | J | A | |
| 491. Leggett & Platt Inc | | | | | Partial Sale | 7/7 | J | A | |
| 492. Leggett & Platt Inc | | | | | Partial Sale | 7/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 493. Leggett & Platt Inc | | | | | Partial Sale | 7/11 | J | A | |
| 494. Leggett & Platt Inc | | | | | Partial Sale | 12/12 | K | A | |
| 495. Lexmark International Inc CL A | | None | | | Partial Sale | 3/20 | J | A | |
| 496. Lexmark International Inc CL A | | | | | Sell | 3/21 | K | A | |
| 497. Lincare Holdings Inc | | None | L | T | Buy | 8/31 | J | | |
| 498. Lincare Holdings Inc | | | | | Buy | 9/1 | K | | |
| 499. Lincare Holdings Inc | | | | | Buy | 9/5 | J | | |
| 500. LOS ANGELES CNTY CA PUB WKS FING AUTH AMBAC 5% 06/01/2021 | D | Interest | N | T | | | | | |
| 501. Lowes Companies Inc | B | Dividend | M | T | Buy | 5/24 | J | | |
| 502. Lowes Companies Inc | | | | | Buy | 5/25 | J | | |
| 503. Lowes Companies Inc | | | | | Buy | 7/7 | J | | |
| 504. Lowes Companies Inc | | | | | Buy | 8/1 | J | | |
| 505. Lowes Companies Inc | | | | | Buy | 8/2 | J | | |
| 506. Lowes Companies Inc | | | | | Buy | 9/28 | J | | |
| 507. Marsh & McLennan Cos Inc | A | Dividend | L | T | Buy | 2/27 | J | | |
| 508. Marsh & McLennan Cos Inc | | | | | Buy | 2/28 | J | | |
| 509. Marsh & McLennan Cos Inc | | | | | Buy | 3/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 510. Marsh & McLennan Cos Inc | | | | | Buy | 3/2 | J | | |
| 511. Marsh & McLennan Cos Inc | | | | | Buy | 3/2 | J | | |
| 512. Marsh & McLennan Cos Inc | | | | | Buy | 3/2 | J | | |
| 513. Marsh & McLennan Cos Inc | | | | | Buy | 3/3 | J | | |
| 514. Marsh & McLennan Cos Inc | | | | | Buy | 3/7 | J | | |
| 515. Marsh & McLennan Cos Inc | | | | | Buy | 3/8 | J | | |
| 516. Marsh & McLennan Cos Inc | | | | | Buy | 3/21 | J | | |
| 517. Marsh & McLennan Cos Inc | | | | | Buy | 5/9 | J | | |
| 518. Marsh & McLennan Cos Inc | | | | | Buy | 7/27 | J | | |
| 519. McDonalds Corp | C | Dividend | M | T | Buy | 1/9 | K | | |
| 520. Medco Health Solutions Inc | | None | | | Buy | 1/9 | J | | |
| 521. Medco Health Solutions Inc | | | | | Partial Sale | 10/24 | K | B | |
| 522. Medco Health Solutions Inc | | | | | Partial Sale | 11/2 | K | A | |
| 523. Medco Health Solutions Inc | | | | | Partial Sale | 11/3 | K | B | |
| 524. Medco Health Solutions Inc | | | | | Partial Sale | 11/3 | J | A | |
| 525. Medco Health Solutions Inc | | | | | Partial Sale | 11/10 | K | A | |
| 526. Medco Health Solutions Inc | | | | | Sell | 12/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. Medtronic Inc | A | Dividend | L | T | Buy | 3/14 | K | | |
| 528. Medtronic Inc | | | | | Buy | 3/31 | K | | |
| 529. Medtronic Inc | | | | | Buy | 4/4 | K | | |
| 530. MET WTR SO CA GO SER A 5.0% 03-01-17 | E | Interest | N | T | | | | | |
| 531. MET WTR SO CAL/SER 01C-2 DFRN VAR RT 07-01-36/MS/BUS | A | Interest | | | Sell | 5/24 | L | A | |
| 532. Microsoft Corp | C | Dividend | M | T | Buy | 1/9 | K | | |
| 533. Microsoft Corp | | | | | Buy | 1/10 | K | | |
| 534. Microsoft Corp | | | | | Buy | 1/11 | J | | |
| 535. Microsoft Corp | | | | | Buy | 1/13 | J | | |
| 536. Microsoft Corp | | | | | Buy | 2/3 | J | | |
| 537. Microsoft Corp | | | | | Buy | 2/27 | J | | |
| 538. Microsoft Corp | | | | | Partial Sale | 5/1 | K | A | |
| 539. Microsoft Corp | | | | | Buy | 8/1 | K | | |
| 540. Millennium Pharmaceuticals Inc | | None | L | T | Buy | 4/6 | J | | |
| 541. Millennium Pharmaceuticals Inc | | | | | Buy | 4/28 | J | | |
| 542. MONTERY CA COPS NATIVIDAD MED MBIA 4.75% 08-01-17 | B | Interest | L | T | | | | | |
| 543. Motorola Inc | | None | K | T | Buy | 9/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. MT DIABLO CA USD FSA 4.625% 08-01-17 | C | Interest | M | T | | | | | |
| 545. National Instruments Corp | A | Dividend | K | T | | | | | |
| 546. Nestle Nam Spon ADR | B | Dividend | M | T | Buy | 4/21 | J | | |
| 547. New World Fund inc CL R5 | D | Dividend | O | T | | | | | |
| 548. Nokia Corp Sponsored ADR | A | Dividend | K | T | Buy | 3/7 | K | | |
| 549. Nokia Corp Sponsored ADR | | | | | Buy | 3/7 | J | | |
| 550. Nokia Corp Sponsored ADR | | | | | Buy | 3/8 | J | | |
| 551. Nokia Corp Sponsored ADR | | | | | Buy | 3/9 | J | | |
| 552. Novartis AG Namen Spon ADR | A | Dividend | L | T | | | | | |
| 553. OAKLAND CA USD ALAMEDA CNTY FSA 5.0% 08-01-19 | D | Interest | M | T | | | | | |
| 554. OCEANSIDE CA COP AMBAC 5.0% 05-01-20 | B | Interest | K | T | | | | | |
| 555. Omnicom Group Inc | B | Dividend | M | T | | | | | |
| 556. ORANGE COPS POLICE HEADQTRS FSA 4.6% 08-01-10 | C | Interest | M | T | | | | | |
| 557. PALOS VERDES CA LIBR DIST 5.0% 08-01-16 | C | Interest | M | T | | | | | |
| 558. Pepsico Inc | C | Dividend | M | T | | | | | |
| 559. Plains Exploration & Production Co | | None | L | T | Buy | 5/1 | K | | |
| 560. Plains Exploration & Production Co | | | | | Buy | 5/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,000 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561.  Potash Corp of Saskatchewan Inc US$ | A | Dividend | M | T | Buy | 10/6 | K | | |
| 562.  Potash Corp of Saskatchewan Inc US$ | | | | | Buy | 10/16 | J | | |
| 563.  Potash Corp of Saskatchewan Inc US$ | | | | | Buy | 10/17 | J | | |
| 564.  PR PFC FGIC (P) 5.25% 08-01-31 | D | Interest | N | T | | | | | |
| 565.  PR PUB BLDG AU REV K (P) 4.5% 07-01-22 | D | Interest | | | Sell | 8/24 | M | A | |
| 566.  Procter & Gamble Co | A | Dividend | L | T | | | | | |
| 567.  Rentech Inc | | None | K | T | Buy | 9/25 | J | | |
| 568.  Rentech Inc | | | | | Buy | 9/26 | J | | |
| 569.  Rentech Inc | | | | | Buy | 9/27 | J | | |
| 570.  Rentech Inc | | | | | Buy | 9/27 | J | | |
| 571.  Rentech Inc | | | | | Buy | 9/28 | J | | |
| 572.  Rentech Inc | | | | | Buy | 9/28 | J | | |
| 573.  Rentech Inc | | | | | Buy | 9/29 | J | | |
| 574.  Rentech Inc | | | | | Buy | 9/29 | J | | |
| 575.  Rentech Inc | | | | | Buy | 11/17 | J | | |
| 576.  Rentech Inc | | | | | Buy | 11/20 | J | | |
| 577.  Rentech Inc | | | | | Buy | 11/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 578. Rentech Inc | | | | | Buy | 11/22 | J | | |
| 579. Rentech Inc | | | | | Buy | 11/24 | J | | |
| 580. Rentech Inc | | | | | Buy | 11/27 | J | | |
| 581. Rentech Inc | | | | | Partial Sale | 12/29 | J | A | |
| 582. Rio Tinto PLC ADR Spon | D | Dividend | M | T | | | | | |
| 583. RIVERSIDE CA COP MBIA 4.75% 12-01-12 | B | Interest | L | T | | | | | |
| 584. Royal Dutch Shell CL A ADR | D | Dividend | M | T | Partial Sale | 9/22 | K | D | |
| 585. SACRA CA CAP IMPS AMBAC PREREF 5.5% 12-01-18/06-01-11 | C | Interest | | | Sell | 7/12 | M | A | |
| 586. SACRA CA MUD S MBIA 5.0% 11-15-15 | C | Interest | M | T | | | | | |
| 587. SAN DIEGO CA Redev. 4.75% 09-01-18 | C | Interest | M | T | | | | | |
| 588. SAN DIEGO CNTY CA COP MBIA 4.8% 08-15-11 | C | Interest | | | Sell | 9/11 | M | C | |
| 589. SAN FRAN ARPT 2ND-15A AMT FSA 4.7% 05-01-12 | B | Interest | L | T | | | | | |
| 590. SAN FRAN CA REDEV AGY MOSCONE CTR FSA 5.0% 07-01-17 | B | Interest | L | T | | | | | |
| 591. SAN FRAN CA REDEV AGY MOSCONE CTR FSA 5.25% 07-01-18 | C | Interest | L | T | | | | | |
| 592. SAN FRAN CITY & CO HOTEL TAX FSA 4.75% 07-01-12 | B | Dividend | L | T | | | | | |
| 593. SAN FRANCISCO CA ST BLDG AUTH LEASE REV 5% 12/01/2020 | E | Interest | N | T | | | | | |
| 594. SAN JOSE CA REDEV 04 A MBIA 5.25% | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 08-01-10 | | | | | | | | | |
| 595. SANTA BARBARA CA REDEV A FSA 5.0% 03-01-19 | D | Interest | M | T | | | | | |
| 596. SNTA CLRA CA TRNS AUTH 01 A MBIA PREREF 5.0% 06-01-17/11 | B | Interest | L | T | | | | | |
| 597. SAP AG Spon ADR | A | Dividend | M | T | | | | | |
| 598. Sara Lee Corp | A | Dividend | M | T | Buy | 6/1 | K | | |
| 599. Sara Lee Corp | | | | | Buy | 6/2 | K | | |
| 600. Sara Lee Corp | | | | | Buy | 6/5 | J | | |
| 601. Sara Lee Corp | | | | | Buy | 6/6 | J | | |
| 602. Sara Lee Corp | | | | | Buy | 6/7 | J | | |
| 603. Sara Lee Corp | | | | | Buy | 6/7 | J | | |
| 604. Sara Lee Corp | | | | | Buy | 6/9 | J | | |
| 605. Sara Lee Corp | | | | | Buy | 6/12 | J | | |
| 606. Sara Lee Corp | | | | | Buy | 6/13 | J | | |
| 607. Sara Lee Corp | | | | | Buy | 6/19 | J | | |
| 608. Sara Lee Corp | | | | | Buy | 6/23 | J | | |
| 609. Sara Lee Corp | | | | | Buy | 7/7 | J | | |
| 610. Sara Lee Corp | | | | | Buy | 7/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 611. Sara Lee Corp | | | | | Buy | 7/11 | J | | |
| 612. Sara Lee Corp | | | | | Buy | 7/11 | J | | |
| 613. Sara Lee Corp | | | | | Buy | 7/11 | J | | |
| 614. Sara Lee Corp | | | | | Buy | 7/14 | J | | |
| 615. Sara Lee Corp | | | | | Buy | 7/17 | J | | |
| 616. Sara Lee Corp | | | | | Buy | 7/21 | J | | |
| 617. Sara Lee Corp | | | | | Buy | 7/25 | J | | |
| 618. Sara Lee Corp | | | | | Buy | 7/28 | J | | |
| 619. Sara Lee Corp | | | | | Buy | 7/31 | J | | |
| 620. Schlumberger Ltd | B | Dividend | N | T | | | | | |
| 621. Semtech Corp | | None | K | T | | | | | |
| 622. Sepracor Inc | | None | L | T | Buy | 1/9 | J | | |
| 623. Sepracor Inc | | | | | Buy | 4/5 | J | | |
| 624. Sepracor Inc | | | | | Buy | 4/28 | K | | |
| 625. Sepracor Inc | | | | | Buy | 5/1 | J | | |
| 626. Sepracor Inc | | | | | Partial Sale | 7/25 | K | A | |
| 627. Sepracor Inc | | | | | Partial Sale | 7/26 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 628. Siemens AG ADR | A | Dividend | L | T | | | | | |
| 629. SLM Corp | C | Dividend | M | T | Buy | 4/21 | J | | |
| 630. SLM Corp | | | | | Buy | 11/16 | J | | |
| 631. SLM Corp | | | | | Buy | 11/17 | J | | |
| 632. SLM Corp | | | | | Buy | 12/5 | J | | |
| 633. SLM Corp | | | | | Buy | 12/6 | J | | |
| 634. Southwest Airlines Co | A | Dividend | K | T | | | | | |
| 635. Sprint Nextel Corp Series 1 | A | Dividend | L | T | Buy | 1/9 | K | | |
| 636. Sprint Nextel Corp Series 1 | | | | | Buy | 4/5 | K | | |
| 637. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 9/19 | K | A | |
| 638. Sprint Nextel Corp Series 1 | | | | | Partial Sale | 9/20 | J | A | |
| 639. Sprint Nextel Corp Series 1 | | | | | Buy | 10/25 | L | | |
| 640. SSGA FDS Tax Free Money Mkt FD | E | Dividend | M | T | | | | | |
| 641. State Street Corp | A | Dividend | | | Partial Sale | 5/30 | K | D | |
| 642. State Street Corp | | | | | Sell | 5/31 | K | D | |
| 643. Suncor Energy Inc US$ | A | Dividend | K | T | Partial Sale | 3/9 | K | E | |
| 644. SUNNYVALE CA CTFS 98A AMBAC SF | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 5.0% 10-01-17 | | | | | | | | | |
| 645. Target Corp | A | Dividend | M | T | Buy | 1/9 | K | | |
| 646. Target Corp | | | | | Buy | 4/12 | K | | |
| 647. Target Corp | | | | | Buy | 4/13 | J | | |
| 648. Target Corp | | | | | Buy | 10/5 | L | | |
| 649. Target Corp | | | | | Buy | 10/6 | J | | |
| 650. Time Warner Inc | B | Dividend | M | T | Buy | 1/9 | K | | |
| 651. Umpqua Holdings Corp | A | Dividend | K | T | | | | | |
| 652. Unilever NV NY Shrs | B | Dividend | L | T | | | | | |
| 653. Union Pacific Corp | B | Dividend | M | T | | | | | |
| 654. United Parcel Service Inc Cl B | B | Dividend | L | T | | | | | |
| 655. United Technologies Corp | C | Dividend | M | T | | | | | |
| 656. Unitedhealth Group Inc | | None | K | T | Buy | 4/25 | K | | |
| 657. US Treasury Note 6.25% 02-15-07 | | None | L | T | Buy | 12/28 | L | | |
| 658. Verigy Ltd | | None | J | T | Spin Off | 10/31 | J | | From Agilent Technologies |
| 659. Verigy Ltd | | | | | Partial Sale | 11/1 | J | A | |
| 660. Verizon Communications | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661. VIRGIN ISLANDS PFA SR LIEN A 5.0% 10-01-07 | D | Interest | N | T | | | | | |
| 662. Vodafone Group PLC ADR | A | Dividend | | | Sell | 2/23 | L | A | |
| 663. Wachovia Corporation | B | Dividend | L | T | Buy | 4/26 | K | | |
| 664. Wachovia Corporation | | | | | Buy | 5/16 | J | | |
| 665. Wachovia Corporation | | | | | Buy | 5/17 | J | | |
| 666. Wachovia Corporation | | | | | Buy | 7/7 | J | | |
| 667. Wachovia Corporation | | | | | Buy | 7/10 | J | | |
| 668. Wachovia Corporation | | | | | Partial Sale | 10/2 | J | A | |
| 669. Washington Mutual Inc | D | Dividend | N | T | Buy | 1/9 | K | | |
| 670. Washington Mutual Inc | | | | | Buy | 3/31 | K | | |
| 671. Weatherford Intl Ltd | | None | K | T | Partial Sale | 3/21 | K | D | |
| 672. Weatherford Intl Ltd | | | | | Partial Sale | 4/25 | K | D | |
| 673. Wellpoint Inc | | None | M | T | | | | | |
| 674. Wells Fargo & Co | C | Dividend | M | T | | | | | |
| 675. WEST CONTRA COSTA HLTH DIST AMBAC 3.0% 07-01-09 | D | Interest | | | Sell | 8/24 | M | A | |
| 676. WESTLANDS CA WTR DIST MBIA 5.25% 09-01-17 | D | Interest | M | T | | | | | |
| 677. Whole Foods Market | B | Dividend | J | T | Partial Sale | 1/3 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 an d D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 678. Whole Foods Market | | | | | Partial Sale | 1/4 | J | C | |
| 679. Whole Foods Market | | | | | Partial Sale | 3/9 | J | D | |
| 680. Williams-Sonoma Inc | A | Dividend | K | T | | | | | |
| 681. XL Capital Ltd CL A | B | Dividend | L | T | Buy | 3/22 | J | | |
| 682. XL Capital Ltd CL A | | | | | Buy | 8/16 | J | | |
| 683. Zymogenetics Inc | | None | K | T | Buy | 2/13 | J | | |
| 684. Zymogenetics Inc | | | | | Buy | 3/16 | J | | |
| 685. Zymogenetics Inc | | | | | Buy | 3/21 | J | | |
| 686. ███████ Asset ███ | | | | | | | | | |
| 687. Advance Auto Parts | B | Dividend | M | T | | | | | |
| 688. Alameda Co CTFS 5.375% 12/1/16 | D | Interest | M | T | | | | | |
| 689. Altria Group common stock | C | Dividend | | | Sell | 7/19 | M | E | |
| 690. Berkeley CA sch Dist. 3.875% 8/01/18 | D | Interest | M | T | | | | | |
| 691. Burbank CA Pub Fling 5.250% 12/1/17 | D | Interest | M | T | | | | | |
| 692. CA ed FACS 4.250% 10/1/18 | B | Interest | L | T | | | | | |
| 693. CA ST Pub Works 4.600% 12/1/20 | C | Interest | L | T | | | | | |
| 694. CA ST Pub Works 4.200% 5/1/19 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 695. CA ST Pub Works 5.000% 6/1/18 | D | Interest | M | T | | | | | |
| 696. CB Richard Ellis common stock | | None | | | Sell | 9/20 | O | G | |
| 697. Chula Visa CA Pub Fing 3.875% 9/1/17 | C | Interest | L | T | | | | | |
| 698. Coachella CA Sch Dist. 5.000% 8/1/19 | B | Interest | L | T | | | | | |
| 699. CSUCI Fing Auth 4.750% 9/1/14 | D | Interest | M | T | | | | | |
| 700. DPL Inc common stock | B | Dividend | | | Sell | 6/14 | L | E | |
| 701. Dublin CA Sch Dist. 4.125% 8/1/21 | D | Interest | M | T | | | | | |
| 702. East Bay CA Util Dist. 5.000% 6/1/18 | C | Interest | L | T | | | | | |
| 703. Escondido CA CTFS 4.250% 9/1/19 | D | Interest | M | T | | | | | |
| 704. Fontana CA Pub Fing 4.000% 9/1/18 | D | Interest | M | T | | | | | |
| 705. Lincoln CA Sch Dist. 4.500% 8/1/19 | C | Interest | M | T | Buy | 6/14 | M | | |
| 706. Los Angeles Co. MTA 4.750% 7/1/19 | D | Interest | M | T | | | | | |
| 707. Montclair CA Fing Auth 3.875% 10/1/16 | C | Interest | M | T | | | | | |
| 708. Mountain View CA High School 4.125% 8/1/16 | D | Interest | M | T | | | | | |
| 709. Napa Co CTFS 3.600% 2/1/17 | D | Interest | M | T | | | | | |
| 710. Newport CA sch Dist 5.000% 8/1/17 | D | Interest | M | T | | | | | |
| 711. Palmdale CA Redev Agy 3.800% | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 9/1/16Trust #2 (696100) | | | | | | | | | |
| 712. Pasadena CA Elec Rev 5.000% 6/1/16Trust #3 (696200) | D | Interest | M | T | | | | | |
| 713. Public Storage | E | Dividend | L | T | Partial Sale | 6/14 | M | F | |
| 714. Public Storage | | | | | Partial Sale | 9/19 | K | A | |
| 715. Public Storage | | | | | Partial Sale | 9/21 | M | | |
| 716. Riverside Co CTFS 3.875% 11/1/14 | C | Interest | M | T | | | | | |
| 717. Sacramento CA Util Dist 5.000% 5/15/14 | D | Interest | M | T | | | | | |
| 718. Salinas CA CTFS 4.500% 9/1/20 | C | Interest | M | T | | | | | |
| 719. San Diego Co Wtr Auth 4.000% 5/1/20 | D | Interest | M | T | | | | | |
| 720. San Juan Capistrano Co Fing Auth 4.000% 12/1/17 | C | Interest | M | T | Buy | 2/24 | M | | |
| 721. Santa Cruz Co CTFS 3.875% 8/1/16 | D | Interest | M | T | | | | | |
| 722. Santa Cruz Co CTFS 4.200% 8/1/19 | C | Interest | L | T | | | | | |
| 723. Santa Rosa CA Sch Dist 3.800% 8/1/17 | C | Interest | L | T | | | | | |
| 724. So Cal Logistics 4.125% 12/1/20 | C | Interest | J | T | Buy | 2/24 | L | | |
| 725. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 726. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 727. So Gate CA Fing Auth 5.250% 9/1/19 | B | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 728. The Pantry common stock | | None | N | T | Partial Sale | 2/24 | N | G | |
| 729. The Pantry common stock | | | | | Partial Sale | 4/19 | N | G | |
| 730. The Pantry common stock | | | | | Partial Sale | 7/7 | N | G | |
| 731. Tracy CA Jt Powers 4.200% 9/2/17 | A | Interest | K | T | Buy | 6/14 | K | | |
| 732. Turlock CA Pub Fing 4.300% 9/15/16 | A | Interest | K | T | Buy | 9/5 | K | | |
| 733. Tyco International | A | Dividend | | | Sale | 7/19 | L | | |
| 734. Univ. of CA Multi Purp. 5.00% 9/1/16 | D | Interest | M | T | | | | | |
| 735. MS Bank Deposit | C | Interest | L | T | | | | | |
| 736. FS Equity Partners III | | | | | | | | | |
| 737. AV Partnership; Partnership Interest | | None | J | U | | | | | |
| 738. AV Development common stock | | None | J | U | | | | | |
| 739. AFC Enterprises common stock | | None | | | Sell | 3/30 | O | G | |
| 740. Asbury Automotive common stock | | None | M | U | Partial Sale | 9/27 | L | F | |
| 741. Miller Publishing LLC interests | | None | | | Sell | 9/7 | J | | |
| 742. FS Management Co., L.P (L.P. Interest) | | None | J | U | | | | | |
| 743. Freeman Spogli & Co., Incorp. Common stock | | None | J | U | | | | | |
| 744. FS Equity Partners IV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 745. Asbury Automotive common stock | | None | M | U | Partial Sale | 9/27 | N | G | |
| 746. AFC Enterprises common stock | | None | | | Sell | 3/30 | K | D | |
| 747. Miller Pub common stock | | None | | | Sell | 9/7 | J | | |
| 748. Sur La Table | | None | M | U | | | | | |
| 749. Ross-Simmons | | None | N | U | | | | | |
| 750. FS Equity Partners V | | | | | | | | | |
| 751. Winebow Inc common stock | | None | M | U | | | | | |
| 752. N.E.W. Companies common stock | | None | M | U | Partial Sale | 8/16 | O | G | |
| 753. H.H. Gregg Inc common stock | | None | N | U | | | | | |
| 754. Bright Now Inc common stock | | None | N | U | | | | | |
| 755. Mattress Giant Corp common stock | | None | M | U | Buy | 8/2 | M | | |
| 756. Savers Inc common stock | | None | N | U | Buy | 8/11 | N | | |
| 757. PETCO Animal Supply common stock | | None | N | U | Buy | 10/26 | N | | |
| 758. Riordan Venture Assoc. (L.P. Int.) | | | | | | | | | |
| 759. RLH Silverado Dividend Pref. Stock debt | | None | K | U | | | | | |
| 760. Axcelerant | | None | | | Sell | 3/31 | J | | |
| 761. Bradshaw | | None | J | U | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 762. Intri-Plex Tech. | | None | J | U | | | | | |
| 763. ITS Corp. | | None | J | U | | | | | |
| 764. Cymetrix Corp common stock | | None | J | U | | | | | |
| 765. Con-Cise Lens Co common stock | | None | J | U | | | | | |
| 766. Saebro Inc common stock | | None | J | U | Buy | 2/18 | J | | |
| 767. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 768. ▉ Retire Accts (401k-profit) | | | | | | | | | |
| 769. Pacific Growth Fund | A | Dividend | L | T | | | | | |
| 770. MSDW Liquit Asset Account Trust Fund | A | Dividend | J | T | | | | | |
| 771. Philips Elect NV common stock | | None | | | Sell | 1/23 | K | | |
| 772. Hewlett Packard common stock | A | Dividend | K | T | | | | | |
| 773. Procter & Gamble common stock | B | Dividend | M | T | | | | | |
| 774. Cendant Corporation common stock | | None | | | Sell | 1/19 | K | | |
| 775. Safeway common stock | | None | | | Sell | 1/23 | J | | |
| 776. Sun Microsoft common stock | | None | K | T | | | | | |
| 777. CVS Corp. common stock | A | Dividend | K | T | | | | | |
| 778. Avaya common stock | | None | | | Sell | 1/23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 779.  Lucent Technology common stock | | None | | | Sell | 1/23 | J | | |
| 780.  Altria Group common stock | B | Dividend | K | T | | | | | |
| 781.  Cisco Sys common stock | | None | K | T | | | | | |
| 782.  Clear Channel common stock | | None | | | Sell | 1/19 | K | | |
| 783.  Agere Systems common stock | | None | | | Sell | 1/23 | J | A | |
| 784.  Time Warner common stock | A | Dividend | K | T | | | | | |
| 785.  CCE Spinco Inc common stock | | None | | | Sell | 1/19 | J | A | |
| 786.  PHH Corp Com Stock | | None | | | Sell | 1/19 | J | A | |
| 787.  MS Dividend Growth Fund | A | Dividend | L | T | Buy | 1/19 | L | | |
| 788.  American New World Fund | C | Dividend | L | T | Buy | 1/19 | L | | |
| 789.  R&M Encelle Partners (Parnership Interest) | | None | J | U | | | | | |
| 790.  Trust #2 (M/S UTM-W) | | | | | | | | | |
| 791.  Growth Fund of America | A | Dividend | J | T | | | | | |
| 792.  General Elec common stock | A | Dividend | J | T | | | | | |
| 793.  New World Fund | A | Dividend | J | T | Buy | 5/11 | J | | |
| 794.  Trust #3 (M/S UTM-K) | | | | | | | | | |
| 795.  General Elec common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 796. New World Fund | A | Dividend | J | T | Buy | 5/11 | J | | |
| 797. Trust #4 - (IR-W) | | | | | | | | | |
| 798. Clipper Fund | A | Dividend | | | Sell | 3/1 | L | C | |
| 799. Capital Income Builder Inc CL R5 | B | Dividend | K | T | | | | | |
| 800. Cash Mgmt Trust of America CL R5 | B | Dividend | K | T | | | | | |
| 801. EuroPacific Growth Fund CL R5 | A | Dividend | K | T | Buy | 5/9 | J | | |
| 802. Fundamental Investors Inc CL R5 | A | Dividend | K | T | Buy | 5/9 | J | | |
| 803. Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 804. Investment Company of America CL R5 | A | Dividend | K | T | Buy | 5/9 | J | | |
| 805. New Economy Fund CL R5 | A | Dividend | K | T | Buy | 5/9 | K | | |
| 806. New World Fund Inc CL R5 | A | Dividend | K | T | Buy | 5/9 | J | | |
| 807. SmallCap World Fund Inc CL R5 | A | Dividend | J | T | Buy | 5/9 | J | | |
| 808. Trust #5 (IR-K) | | | | | | | | | |
| 809. Clipper Fund | A | Dividend | | | Sell | 3/1 | L | C | |
| 810. Capital Income Builder Inc CL R5 | B | Dividend | K | T | | | | | |
| 811. Cash Mgmt Trust of America CL R5 | B | Dividend | K | T | | | | | |
| 812. EuroPacific Growth Fund CL R5 | A | Dividend | K | T | Buy | 5/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 813. Fundamental Investors Inc CL R5 | A | Dividend | K | T | Buy | 5/9 | K | | |
| 814. Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 815. Investment Company of America CL R5 | A | Dividend | K | T | Buy | 5/9 | J | | |
| 816. New Economy Fund CL R5 | A | Dividend | K | T | Buy | 5/9 | K | | |
| 817. New World Fund Inc CL R5 | A | Dividend | K | T | Buy | 5/9 | J | | |
| 818. SmallCap World Fund Inc CL R5 | A | Dividend | J | T | Buy | 5/9 | J | | |
| 819. Trust #6 (98-W) | | | | | | | | | |
| 820. MSDW Dividend Growth | A | Dividend | L | T | | | | | |
| 821. New World Fund | C | Dividend | M | T | | | | | |
| 822. MSDW Active Money Trust | A | Dividend | L | T | | | | | |
| 823. Advance Auto common stock | A | Dividend | | | Sell | 8/4 | K | E | |
| 824. Public Storage pref. stock | B | Dividend | K | T | Buy | 9/11 | K | | |
| 825. Winebow inc common stock | | None | J | U | | | | | |
| 826. N.E.W. Companies common stock | | None | J | U | Partial Sale | 8/16 | M | G | |
| 827. HH Gregg Inc common stock | | None | J | V | | | | | |
| 828. Bright Now Inc common stock | | None | J | U | | | | | |
| 829. Mattress Giant Corp common stock | | None | J | U | Buy | 8/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 830.  Savers Inc common stock | | None | J | U | Buy | 8/11 | J | | |
| 831.  PETCO Animal Supply common stock | | None | J | U | Buy | 10/26 | J | | |
| 832.  Cash Mgmt Trust of America R5 | B | Dividend | L | T | | | | | |
| 833.  Capital Income Builder Inc R5 | C | Dividend | M | T | | | | | |
| 834.  Europacfic Growth Fund R5 | B | Dividend | M | T | | | | | |
| 835.  Growth Fund of America (The) R5 | B | Dividend | M | T | | | | | |
| 836.  Investment Company of America R5 | C | Dividend | M | T | | | | | |
| 837.  New World Fund Inc R5 | C | Dividend | M | T | | | | | |
| 838.  Fundamental Investors Fund | A | Dividend | K | T | Buy | 5/10 | K | | |
| 839.  New Economy Fund | A | Dividend | K | T | Buy | 5/10 | K | | |
| 840.  Trust #7 (98-K) | | | | | | | | | |
| 841.  MSDW Dividend Growth | A | Dividend | L | T | | | | | |
| 842.  New World Fund | C | Dividend | M | T | | | | | |
| 843.  MSDW Active Money Trust | A | Dividend | L | T | | | | | |
| 844.  Advance Auto common stock | A | Dividend | | | Sell | 8/4 | K | E | |
| 845.  Public Storage pref. stock | B | Dividend | K | T | Buy | 9/11 | K | | |
| 846.  Winebow Inc common stock | | None | J | U | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 847. N.E.W. Companies common stock | | None | J | U | Partial Sale | 8/16 | M | G | |
| 848. HH Gregg Inc common stock | | None | J | U | | | | | |
| 849. Bright Now Inc common stock | | None | J | U | | | | | |
| 850. Mattress Giant Corp common stock | | None | J | U | Buy | 8/2 | J | | |
| 851. Savers, Inc common stock | | None | J | U | Buy | 8/11 | J | | |
| 852. PETCO Animal Supply common stock | | None | J | U | Buy | 10/26 | J . | | |
| 853. Cash Mgmt Trust of America R5 | B | Dividend | L | T | | | | | |
| 854. Capital Income Builder Inc R5 | C | Dividend | M | T | | | | | |
| 855. Europacific Growth Fund R5 | B | Dividend | M | T | | | | | |
| 856. Growth Fund of America (The) R5 | B | Dividend | M | T | | | | | |
| 857. Investment Company of America R5 | C | Dividend | M | T | | | | | |
| 858. New World Fund Inc R5 | C | Dividend | M | T | | | | | |
| 859. Fundamental Investors Fund | A | Dividend | K | T | Buy | 5/10 | K | | |
| 860. New Economy Fund | A | Dividend | K | T | Buy | 5/10 | K | | |
| 861. Real Estate Partnership - Hal | | None | N | U | | | | | |
| 862. Real Estate Partnership - Lau | | None | M | U | | | | | |
| 863. Real Estate Partnership - G.O. | | None | M | U | Buy | 4/26 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M | 06/22/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 864. Real Estate Partnership - W.O. | | | None | L | U | Buy | 10/5 | L | | |
| 865. Dorset Capital Partnership Invest | | A | Interest | L | U | | | | | |
| 866. ▮▮▮ Money Market Fund | | A | Interest | J | T | | | | | |
| 867. ▮▮▮ Checking | | A | Interest | M | T | | | | | |
| 868. ▮▮▮ Checking | | B | Interest | M | T | | | | | |
| 869. Fargo Investment Partnership | | | None | J | U | | | | | |
| 870. R&M Catalytic Solutions | | | None | M | U | Buy | 1/20 | K | | |
| 871. Bulldog Partners I | | A | Interest | L | U | | | | | |
| 872. Bulldog Partners II | | A | Interest | L | U | Buy | 8/31 | K | | |
| 873. Regents Banshares | | C | Interest | M | U | | | | | |
| 874. Berkshire Hathaway Class A Common Stock | | | None | | | Transfer Out | 8/9 | L | | See Line #327 |
| 875. Asta Fund | | | None | N | T | Buy | 1/31 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Investments and Trusts
Header Information

Line 1, IRA, covers line 2 through 196

Line 197, Trust 1 covers line 198 through 201

Line 202, ▮▮▮▮▮▮▮ (IRA) covers line 203 through 288

Line 289, Capital Trust Account covers line 290 through 685

Line 686, ▮▮▮▮▮▮ Asse▮▮covers line 687 through 735

Line 736, FS Equity Partners III covers line 737 through 743

Line 744, FS Equity Partners IV covers line 745 through 749

Line 750, FS Equity Partners V covers line 751 through 757

Line 758, Riordan Venture Assoc. (L.P. Int.) covers line 759 through 766

Line 767, Bistro 45 common stock covers line 767

Line 768, ▮▮▮▮▮▮ 401k-profit covers line 769 through 788

Line 789, R&M Encelle Partners (Partnership Interest) covers line 789

Line 790, Trust #2 (▮▮UTM-W) covers line 791 through 793

Line 794, Trust #3 ▮▮UTM-K) covers line 795 through 796

Line 797, Trust #4 (IR-W) covers line 798 through 807

Line 808, Trust #5 (IR-K) covers line 809 through 818

Line 819, Trust #6 (98-W) covers line 820 through 839

Line 840, Trust #7 (98-K) covers line 841 through 860

Line 861, Real Estate Partnership - Hal. covers line 861

Line 862, Real Estate Partnership - Lau, covers line 862

Line 863, Real Estate Partnership - G.O., covers line 863

Line 864, Real Estate Partnership - W.O., covers line 864

Line 865, Dorset Capital Pamership Invest covers line 865

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wardlaw, Kim M | 06/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 866, ████ Money Market Fund covers line 866

Line 867, ████ Checking covers line 867

Line 868, ████ Checking covers line 868

Line 869, Fargo Investment Partnership covers line 869

Line 870, R&M Catalytic Solutions, covers line 870

Line 871, Bulldog Partners I, covers line 871

Line 872, Bulldog Partners II, covers line 872

Line 873, Regents Banshares, covers line 873

Line 874, Berkshire Hathaway Class A Common Stock, covers line 874

Line 875, Asta Fund, covers line 875

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PAGE 58  INTENTIONALLY LEFT BLANK

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 7-29-07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544